McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-315 OWW |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE HEARING |
| v. | ) | |
| | ) | |
| CARLOS MARTINEZ SARABIA, TINA JOANN PEREZ, VINCENT FONTANA, and TIMOTHY MARK MAUGERI, and ANTHONY AVALOS, | ) ) ) ) | Note: Time change to 1:30 PM |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Untied States of America, by and through McGregor W. Scott, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, and the defendant CARLOS MARTINEZ SARABIA, by and through his attorney, have stipulated to a continuance of the status conference hearing in this case, currently set for July 7, 2008, to August 11, 2008 at 1:30 p.m.

IT IS HEREBY ordered that the status conference hearing in this case be continued until August 11, 2008 at 1:30 p.m. as to CARLOS MARTINEZ SARABIA only.

IT IS SO ORDERED.

Dated:   July 3, 2008                              /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE