1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant
5  TIMOTHY MARK MAUGERI

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,   )  CASE NO. CR F-07-0315 OWW
                               )
12                             )  STIPULATION TO CONTINUE
            Plaintiff,         )  STATUS CONFERENCE DATE,
13                             )  WAIVER OF SPEEDY TRIAL ACT,
                               )  AND REQUEST FOR ORDER
14                             )  APPROVING NEW DATE
   vs.                         )
15                             )
                               )  CURRENT DATE: 8/25/08, 9:00 am
16 TIMOTHY MARK MAUGERI et al. )  NEW DATE: 10/6/08/ at 9:00 am
                               )
17 ____Defendants. _____)
                               )
18
         It is hereby stipulated by and between counsel for the government and
19
   counsel for defendant that the status conference date of August 25, 2008 at 9:00
20
   a.m. be rescheduled to October 6, 2008 at 9:00 a.m.  to coincide with the status
21
   conference previously set for codefendant TINA PEREZ.  The basis for the
22
   stipulation is the following:
23
         Counsel for the government and counsel for the defendant
24
         have been engaged in settlement discussions and negotiations;
25
         however, ultimate approval for the specific settlement currently under
26
         discussion between the parties will require more time than the parties
27

28                                    1

originally anticipated.

Defendant and the government specifically waive all rights under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

WHEREFORE the parties request that the court, for good cause, approve the attached order.

DATED: 8/19/08         /s/Katherine Hart
                      KATHERINE HART, Attorney for
                      Defendant TIMOTHY MARK MAUGERI

DATED: 8/19/08         /s/Kathleen Servatius
                      KATHLEEEN SERVATIUS, Assistant U.S. Attorney

## ORDER

Counsel having stipulated to continue the status conference to October 6, 2008, at 9:00 a.m., to coincide with the date previously set for codefendant Tina Perez, and counsel needing additional time for settlement discussions and possible resolution of this case, and the parties having waived the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, it is hereby ordered that the status conference previously set for August 25, 2008 at 9:00 a.m. be reset to October 6, 2008 at 9:00 a.m..

IT IS SO ORDERED.

**Dated:   August 20, 2008**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2