TOM STANLEY
315 W. 9th Street
Suite 906
Los Angeles, CA 90015
SBN 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 07-315 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING HEARING |
| v. ) | AND EXCLUDING TIME |
| ) | |
| CARLOS SARABIA, ) | |
| TINA PEREZ, et al ) | |
| ) | |
| Defendants. ) | |

    Defendant, Carlos Sarabia, by and through his counsel, Tom Stanley, defendant, Tina Perez, by and through her counsel, Joan Jacobs Levie and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Kevin P. Rooney, stipulate and agree that the proposed Change of Plea hearing set for November 24, 2008, at 9:00 a.m. be continued to December 15, 2008, at 9:00 a.m.

    The parties further stipulate that the time that the time period up to an including the hearing date of December 15, 2008, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the parties need to continue settlement discussions and negotiations. This process has taken more time than the parties originally anticipated. For

1 | this reason, the defendants, defense counsel, and the government agree additional time is required
2 | for the defense and government to try and resolve this case in the interests of justice under 18
3 | U.S.C. § 3161 (h) (8) (B) (iv).
4 | Dated: November 20, 2008.

5 | Respectfully submitted,

7 | /s/Tom Stanley
   | TOM STANLEY
8 | Attorney for Defendant
   | CARLOS SARABIA

10 | Dated: November 20, 2008.       /s/Tom Stanley
    | Authorized to sign for JOAN JACOBS LEVIE
11 | Attorney for Defendant, TINA PEREZ on 11/20/08

14 | Dated: November 20, 2008.       /s/Tom Stanley
    | Authorized to sign for KEVIN P. ROONEY
15 | Assistant United States Attorney on 11/20/08

1 ORDER

2 Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

3 1. Based upon the representations and stipulation of counsel, the Court continues the Change of Plea hearing from November 24, 2008, at 9:00 a.m. until December 15, 2008, at 9:00 a.m.

6 2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded up to and including December 15, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated:   November 21, 2008**                 **/s/ Oliver W. Wanger**
                                                **UNITED STATES DISTRICT JUDGE**