TOM STANLEY
315 W. 9th Street
Suite 906
Los Angeles, CA 90015
SBN 45990
(818) 986-1506

Attorney for Defendant
CARLOS SARABIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CARLOS SARABIA, et al, )<br>)<br>)<br>Defendants. )<br>_____ ) | CASE NO. CR 07-315 OWW<br><br>STIPULATION AND<br>ORDER CONTINUING HEARING<br>AND EXCLUDING TIME |

Defendant, Carlos Sarabia, by and through his counsel, Tom Stanley and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Kathleen A. Servatius, stipulate and agree that the Status Conference set for December 14, 2009, at 1:30 p.m. be continued to January 4, 2010, at 1:30 p.m. The additional time is necessary because defense counsel, Tom Stanley, is recovering from aortic valve replacement surgery on October 29, 2009, including being unable to drive for six (6) weeks.

The parties further stipulate that the time that the time period from December 14, 2009 up to an including the hearing date of January 4, 2010, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the health of defense counsel and the need of parties to continue settlement discussions and negotiations. For this reason,

1  the defendant, defense counsel, and the government agree additional time is required for the
2  defense and government to try and resolve this case in the interests of justice under 18 U.S.C. §
3  3161 (h) (8) (B) (iv).

Respectfully submitted,

Dated: December 7, 2009.                /s/ Tom Stanley
                                        TOM STANLEY
                                        Attorney for Defendant
                                        CARLOS SARABIA


Dated: December 7, 2009.                /s/ Tom Stanley
                                        AUSA KATHLEEN A. SERVATIUS
                                        Authorized to sign on 12/7/09

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court continues the Status Conference hearing from December 14, 2009, at 1:30 p.m. until January 4, 2010, at 1:30 p.m.

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time from December 14, 2009 up to and including January 4, 2010 shall be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the health of defense counsel and the need of parties to continue settlement discussions and negotiations.

**IT IS SO ORDERED.**

**Dated:   December 8, 2009**                    **/s/ Oliver W. Wanger**
                                                **UNITED STATES DISTRICT JUDGE**